# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. KAREN J. TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-16-346-F |
| | ) | |
| 1. WHITE FIELDS, INC., | ) | |
| | ) | **ATTORNEY LIEN CLAIMED** |
| Defendant. | ) | **JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Karen J. Taylor, hereby stipulates with the Defendant, White Fields, Inc., that her claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 20th DAY OF JULY, 2016.**

s/ Lauren W. Johnston
Jana B. Leonard, OBA #17844
Lauren W. Johnston, OBA #22341
Leonard & Associates, P.L.L.C.
8265 S. Walker
Oklahoma City, Oklahoma 73139
(405) 239-3800 (telephone)
(405) 239-3801 (facsimile)
leonardjb@leonardlaw.net
johnstonlw@leonardlaw.net
*Counsel for Plaintiff*

1

                                              s/Michael F. Lauderdale
                                              (Signed with permission)
                                              Michael F. Lauderdale, OBA #14265
                                              Michael K. Avery, OBA #22476
                                              McAfee & Taft, A Professional Corporation
                                              Tenth Floor, Two Leadership Square
                                              211 North Robinson Avenue
                                              (405) 235-9621 (telephone)
                                              (405) 235-0439 (facsimile)
                                              mike.lauderdale@mcafeetaft.com
                                              michael.avery@mcafeetaft.com
                                              *Counsel for Defendant*